IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 10- 56-UNA |
| | ) |
| HONG MENG, | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

On or about July 30, 2009, in the District of Delaware and elsewhere, the defendant, Hong Meng, did knowingly steal, and without authorization appropriate, take, and carry away trade secrets belonging to E.I. duPont de Nemours Corporation, and attempted to do so, specifically a chemical process relating to Organic Light Emitting Diode (OLED) technology, which is related to and included in a product that is produced for and placed in interstate and foreign commerce, intending to convert such trade secrets to the economic benefit of someone other than DuPont, and intending and knowing that the offense would injure DuPont, in violation of Title 18, United States Code, Section 1832.

DAVID C. WEISS
United States Attorney

By: _Robert F. Kravetz_
Robert F. Kravetz
Assistant United States Attorney

Dated: May 4, 2010



FILED

MAY 5 2010

U.S. DISTRICT COURT
DISTRICT OF DELAWARE